**PAUL REVERE FIRE INS. CO. v. O'CONNER et al.**

No. 4081.

Court of Civil Appeals of Texas. El Paso.

May 1, 1941.

Roy A. Downey, of Monahans, for appellant.

Henry Russell and James D. Willis, both of Pecos, for appellees.

SUTTON, Justice.

This is an appeal from the County Court of Crane County sustaining a plea of privilege and transferring the cause as to one of the defendants to the County Court at Law of Bexar County.

We find no error and the judgment is affirmed without opinion. McLoughlin **v.** Schnitzer, Tex.Civ.App., 147 S.W.2d 826.